UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 14-10314 WGY |
| | ) | |
| MEL STEELE, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE SENTENCING

The undersigned Assistant U.S. Attorney hereby respectfully requests that the Court continue the April 15, 2015 sentencing hearing scheduled in the matter of United States v. Mel Steele (the "Steele sentencing") to a date to be determined.  The undersigned assistant is currently on trial presenting evidence in the matter of United States v. John George, Jr., Crim. No. 14-10237 (DJC) (the "George trial").  On December 3, 2014, Your Honor scheduled the Steele sentencing for April 15, 2015 at 2:00 p.m.  ECF Dkt. No. 9 (WGY).  On December 18, 2014, Judge Casper ordered that the George trial commence on April 6, 2015.  ECF Dkt. No. 41 (DJC).  At that time, the undersigned did not believe that the George trial would interfere with the Steele sentencing.  However, because the George trial has not progressed as quickly as initially anticipated, and because Judge Casper has indicated that she intends to conduct afternoon sessions for trial beginning April 15, 2015, the undersigned presently believes that the George trial will conflict with the Steele sentencing.  For this reason, the undersigned respectfully requests that the Court adjourn the Steele sentencing to a date to be determined. Counsel for Mr. Steele has assented to this motion.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:    */s/ Dustin Chao*
       DUSTIN CHAO
       Assistant U.S. Attorney

### Rule 7.1(A)(2) Certification

The government has conferred with opposing counsel and counsel assents to this motion

By:    */s/ Dustin Chao*
       DUSTIN CHAO
       Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing.

*/s/ Dustin Chao*
DUSTIN CHAO
Assistant U.S. Attorney

Date:  April 10, 2015